

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2020

No. 04-19-00844-CV

**IN THE INTEREST OF C.C.**

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-18-53
Honorable Selina Nava Mireles, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, we ORDER that counsel for appellant L.C. is withdrawn, and the appeal is ABATED and the cause is REMANDED to the trial court for appointment of new counsel to represent appellant on appeal.

The trial court clerk is ORDERED to file a supplemental clerk's record containing the order appointing new appellate counsel within thirty days from the date of this order.

It is so ORDERED on May 6, 2020.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2020.

_____
Michael A. Cruz, Clerk of Court